**Timothy LIBERTY, Appellant,**

v.

**STATE of Missouri, ex rel. Janet E. PACE, Respondent.**

**No. WD 49904.**

Missouri Court of Appeals, Western District.

March 28, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 1995.

R. Brian Hall, Gladstone, for appellant.

Ronald D. Pridgin, Jefferson City, for respondent.

Before FENNER, C.J., P.J., and LOWENSTEIN and BERREY, JJ.

*ORDER*

PER CURIAM:

Appeal from order denying Petition for Review of the Administrative Hearing Officer's decision upholding the Director of the Missouri Division of Child Support Enforcement order.

Affirmed. Rule 84.16(b).